

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00017-CV

_____

GLENN WINNINGHAM; HOUSE OF FEARN, Appellant

V.

SARAH J. FULLENWIDER; OFFICER C. PAGE; NINFA MARES;
JAMES D. ROGERS; JEFFREY HALSTEAD; WILLIAM RUMULY, Appellees

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-263565-13

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Glenn Winningham; House of Fearn, appellant, filed his notice of appeal February 20, 2013.[1] The clerk's and reporter's records in this matter were due to be filed with this Court on or before April 16, 2013. When neither the clerk's record nor the reporter's record had been filed by April 16, our clerk's office contacted the district clerk and the court reporter and was informed that no payment and no arrangement for payment for the records' preparation had been made by Winningham.

Winningham is not indigent and is, therefore, responsible for payment of the fees related to preparation of both the clerk's and reporter's records. *See* TEX. R. APP. P. 20.1, 35.3(a)(2), (b)(3), 37.3(b). By letter dated May 16, 2013, and pursuant to Texas Rules of Appellate Procedure 37.3(b) and 42.3(b), we provided Winningham notice of and an opportunity to cure this defect. Further, we warned Winningham that, if we did not receive an adequate response to our defect letter within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to Section 73.001 of the Texas Government Code. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Second Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

We have received no communication from Winningham responsive to our May 16 correspondence. Pursuant to Texas Rules of Appellate Procedure 37.3(b) and 42.3(b), we dismiss this appeal for want of prosecution. *See id.*

Bailey C. Moseley
Justice

Date Submitted: July 16, 2013
Date Decided: July 17, 2013